USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-09

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X

LOUIS VUITTON MALLETIER,                :

                 Plaintiff,    :    04 Civ. 497 (JFK) (FM)

       -against-                       :    **ORDER**

CARDUCI LEATHER FASHIONS, INC.,         :
IRFAN GOKOLAN, BONINI ITALIAN
HANDBAGS, INC. and JOHN DOES 1-10,      :

                Defendants.    :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

       By order dated September 20, 2007, the Court held that plaintiff Loius Vuitton Malletier ("Louis Vuitton") was entitled to a default judgment against defendant Bonini Italian Handbags, Inc. ("Bonini"). The Court referred the matter to Magistrate Judge Frank Maas for an inquest regarding damages. Judge Maas has issued a Report & Recommendation, filed on July 21, 2009, recommending that plaintiff be awarded judgment against defendant in the amount of $405,568.14, consisting of $400,000 in statutory damages and $5,568.14 in attorneys' fees and costs. As indicated by Judge Maas in his Report, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72 of the Federal Rules of Civil Procedure, the parties had ten days in which to file objections.

       Having received no objections, and finding no clear error, I hereby confirm and adopt the Report in its entirety. See Thomas v. Arn, 474 U.S. 140, 149, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Accordingly, Louis Vuitton is awarded judgment

against Bonini in the amount of $405,568.14, consisting of $400,000 in statutory damages and $5,568.14 in attorneys' fees and costs. This case is closed.

**SO ORDERED.**

Dated:    New York, New York
             August 19, 2009

                                        JOHN F. KEENAN
                                  United States District Judge